UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ANA ROSA MELENDEZ ZARATE, MIGUEL ANGULO BERMUDEZ, ANA LIZETH ANGULO MELENDEZ, MAURICIO ANGULO MELENDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, UR JADDOU, Director of United States Citizenship and Immigration Services, DANIEL RENAUD, Director of the USCIS Vermont Service Center, and their successors and assigns, all in their official capacities, <br><br> Defendants. | NO. 2:23-cv-00019 |

## ORDER

The Plaintiffs have a Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i). (Doc. No. 13) Accordingly, this action is **DISMISSED**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE